**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80472-CIV-CANNON/Reinhart**

**ANDREA MADACSI**,

      Plaintiff,

v.

**UNITED STATES OF AMERICA**,
**INTERNAL REVENUE SERVICE,** and
**COMMISSIONER OF THE INTERNAL**
**REVENUE SERVICE**

      Defendants.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION; DISMISSING COMPLAINT FOR FAILURE TO COMPLY
WITH COURT ORDERS; AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by

Magistrate Judge Bruce E. Reinhart [ECF No. 11].  The Report recommends that Plaintiff's

Complaint be dismissed without prejudice for failure to pay the requisite filing fee [ECF No. 11].

No party filed objections to the Report, and the time to do so has expired.  Upon review of the

Report and the Motion, the Report [ECF No. 20] is **ACCEPTED**.[1]

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file

specific written objections identifying the portions of the proposed findings and recommendation

to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822

(11th Cir. 1989); *Macort v. Prem, Inc*., 208 F. App'x 781, 784 (11th Cir. 2006).  A district court

---

[1] Defendant has not been served in this case.

CASE NO. 25-80472-CIV-CANNON/Reinhart

reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

\*\*\*

Upon review of the Report and the full record, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**.

2. Plaintiff's Complaint [ECF No. 1] is therefore **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders.

3. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of May 2026.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   Plaintiff, *pro se* (via e-mail) [ECF No. 4]

2